UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS, | No. 2:16-cv-2928 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

On July 28, 2017, petitioner, a state prisoner proceeding pro se, filed an opposition to respondent's motion to dismiss. However, the opposition is not signed by petitioner. Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings and other written filing be signed by litigants proceeding pro se. Accordingly, petitioner is required to submit a signature page that is signed for interlineation within the July 28, 2017 opposition, or petitioner may re-file his opposition bearing his signature.[1]

Petitioner is cautioned that failure to comply with this order will result in an order striking the opposition based on his violation of Rule 11. Fed. R. Civ. P. 11(a).

---

[1] This is not the first time petitioner has failed to sign a document submitted to the court for filing. Petitioner's initial pleading was not signed or dated. (ECF No. 1.) On March 21, 2017, petitioner was granted leave to submit a signed and dated page 6 of the petition. (ECF No. 6.) All documents submitted to the court for filing must bear petitioner's signature. Fed. R. Civ. P. 11(a).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner a copy of page 6 of the opposition without the CM/ECF banner at the top (ECF No. 14 at 6);

2. Within twenty-one days from the date of this order, petitioner shall complete and file the appended notice, along with a signed and dated page 6 of his opposition, or he shall re-file his opposition bearing his signature.

Dated: August 8, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will2928.r11

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>DANIEL PARAMO,<br><br>        Respondent. | No. 2:16-cv-2928 JAM KJN P<br><br>NOTICE OF SUBMISSION OF SIGNED OPPOSITION OR SIGNATURE PAGE |

    Petitioner hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_    Page 6 of July 28, 2017 opposition for interlineation

OR

    \_\_\_\_    Opposition signed and dated by petitioner

DATED:

                                                                  _____
                                                                       Petitioner